BURKEY, APPELLANT, *v.* SOUTHERN OHIO CORRECTIONAL FACILITY, APPELLEE.

[Cite as Burkey *v.* Southern Ohio Correctional Facility (1989),
42 Ohio St. 3d 17.]

(No. 88-1999—Submitted February 14, 1989—Decided April 5, 1989.)

*John M. Burkey, pro se.*

*Anthony J. Celebrezze, Jr.,* attorney general, and *Robert L. Griffin,* for appellee.

MOYER, C.J., SWEENEY, HOLMES, DOUGLAS, WRIGHT, H. BROWN and RESNICK, JJ., concur.